**Table of Fee Application Exhibits**
**U.S. ex rel. Bliss v. Biocompatibles et al.**

| Exhibit | Description |
|---|---|
| A | Fee Demand to Biocompatibles for $1,886,822 at Laffey Rates (D.C. Metro Area Rates) |
| B | Fee Demand to Biocompatibles for $1,224,085 at USAO Rates (D.C. Metro Area Rates) |
| C | Fee Settlement & Release Between Relator's Counsel and Biocompatibles |
| D-1 | Summary of Timekeeper Hours |
| D-2 | Lodestar at Laffey Rates (D.C. Metro Area Rates) |
| D-3 | Laffey Matrix (D.C. Metro Area Rates) |
| D-4 | Lodestar at Valeo Heathcare Rates (San Antonio Rates) |
| D-5 | Valeo Healthcare Attorney Rate Report (San Antonio Rates) |
| D-6 | Lodestar at USAO Rates (D.C. Metro Area Rates) |
| D-7 | USAO Matrix (D.C. Metro Area Rates) |
| E-1 | Waters Kraus Hours through June 18, 2016 |
| E-2 | Jeff Newman Hours through June 18, 2016 |
| E-3 | Waters Kraus Hours June 18, 2016 through July 26, 2017 |
| E-4 | Waters Kraus Hours July 27, 2017 through January 6, 2018 |
| E-5 | Jeff Newman Hours July 27, 2017 through January 6, 2018 (Amended) |
| E-6 | Waters Kraus Hours January 7, 2018 through September 10, 2018 |
| E-7 | Jeff Newman Hours January 7, 2018 through September 9, 2018 |
| E-8 | Expense Report |
| F | Declaration of Wm. Paul Lawrence, II (Amended) |
| G | Declaration of Jeffrey A. Newman |
| H | Declaration of John Clark |
| I | Bliss Statutory Fee Assignment to Relator's Counsel |